IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. JANSEN,

    Plaintiff,                        CV F 03 5378 OWW   WMW   P

  vs.                               ORDER RE MOTION (DOC 24)

C/O HERNANDEZ, , et al.,

    Defendants.

      Plaintiff has filed a motion seeking discovery from defendants. Plaintiff has failed to include with his motion a proof of service or attempted service upon defendants. See F.R.C.P. 5; Local Rule 5-135. Accordingly, the discovery motion filed on November 12, 2004, is stricken.

IT IS SO ORDERED.

**Dated:**   **September 26, 2005**          /s/ **William M. Wunderlich**
j14hj0                                          UNITED STATES MAGISTRATE JUDGE

1