IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL EDWARD JANSEN,

         Plaintiff,                  CV F 03 5378  LJO WMW

      vs.                          ORDER DISMISSING ACTION

R. GONZALES, et al.,

         Defendants.

On February 28, 2007, an order to show cause was entered, directing Plaintiff to show cause, within thirty days, why this action should not be dismissed for his failure to prosecute.  Plaintiff has not filed a response to the order to show cause.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for Plaintiff's failure to prosecute.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:    April 10, 2007**             **/s/ Lawrence J. O'Neill**
                              UNITED STATES DISTRICT JUDGE

1